David Hill Bashford (Bar #11774)
Jason A. Walters (*pro hac vice*)
Bradley Arant Boult Cummings, LLP
1819 5th Avenue North
Birmingham, Alabama 35203
Phone:  (205) 521-8000
Facsimile:  (205) 521-8800
dbashford@bradley.com
jwalters@bradley.com

Michael R. Brooks (Bar #7287)
Kolesar and Leatham
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Phone:  (702) 362-7800
Facsimile: (702) 362-9472
mbrooks@klnevada.com

*Attorneys for The Lafayette Life Insurance Company*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## SOUTHERN DIVISION

| | |
|---|---|
| **THE ROGER V. BENNETT 2015 REVOCABLE TRUST, by and through Trustee KEVIN HORAN,**<br><br>　　**Plaintiff,**<br><br>　v.<br><br>**THE LAFAYETTE LIFE INSURANCE COMPANY, foreign corporation; DOES I through X; and ROE CORPORATIONS, I through X, inclusive,**<br><br>　　**Defendant.** | **CIVIL ACTION NO: 2:18-cv-01472-JAD-PAL** |

## STIPULATION AND ORDER TO CONTINUE OCTOBER 23, 2018 SCHEDULING CONFERENCE

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant The Lafayette Life Insurance Company ("Lafayette Life") and Plaintiff The Roger V. Bennett 2015 Revocable Trust, by and through Trustee Kevin Horan ("Horan"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. The parties filed their Joint Proposed Discovery Plan and Scheduling Order on October 1, 2018 [Doc. 11];

2. The Court set a scheduling conference for October 23, 2018 [Doc. 12];

3. The undersigned counsel for Lafayette Life has a conflict with the October 23, 2018 setting;

4. Lafayette Life has requested, and Horan has consented to, a continuance of the scheduling conference to a date to be determined by this Court;

5. This is the first such request; and

6. The scheduling conference may be reset to a date during the weeks beginning October 29, 2018 or November 12, 2018.

IT IS SO STIPULATED.

DATED this 22nd day of October, 2018.

| | |
|---|---|
| /s/ Jerome R. Bowen | /s/ Jason A. Walters |
| Jerome R. Bowen (Bar #4540) | Michael R. Brooks (Bar #7287) |
| Bowen Law Offices | Kolesar and Leatham |
| 9960 West Cheyenne Ave., Suite 250 | 400 S. Rampart Boulevard, Suite 400 |
| Las Vegas, Nevada 89129 | Las Vegas, Nevada 89145 |
| Phone: (702) 240-5191 | Phone: (702) 362-7800 |
| Facsimile: (702) 240-5797 | Fax: (702) 362-9472 |
| twilcox@lvlawfirm.com | mbrooks@klnevada.com |
| *Attorney for Plaintiff* | David Hill Bashford (Bar #11774) |
| | Jason A. Walters (*pro hac vice*) |
| | Bradley Arant Boult Cummings, LLP |
| | One Federal Place |
| | 1819 5th Avenue North |
| | Birmingham, Alabama 35203 |
| | Phone: (205) 521-8000 |
| | Facsimile: (205) 521-8800 |
| | dbashford@bradley.com |
| | jwalters@bradley.com |
| | *Attorneys for Defendant* |

**IT IS SO ORDERED** that the status conference is continued from 10/23/2018 to 10/30/2018 at 10:00 a.m., in Courtroom 3B.

UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: October 22, 2018

CASE NO. 2:18-cv-01472-JAD-PAL