JEROME R. BOWEN, ESQ.
Nevada Bar No.4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702)240-5191◆Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE ROGER V. BENNETT 2015 REVOCABLE TRUST, by and through Trustee KEVIN HORAN,<br><br>Plaintiff,<br>vs.<br><br>THE LAFAYETTE LIFE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | Case No.:2:18-cv-01472-JAD-PAL<br><br>**STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE IT'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF 30)**<br><br>**(First Request)** |

Plaintiff and Defendant have stipulated to agreed to a fourteen (14) day extension of time from July 19, 2019 to August 2, 2019 for Plaintiff to file it's Opposition to Defendant's Motion for Summary Judgment (ECF 30) filed on June 28, 2019. The reasons supporting this stipulation are as follows: Plaintiff's counsel has recently lost its associate with little to no notice while traveling out of state conducting depositions. Plaintiff's counsel requires additional time coordinate cases in said absence.

/ / /

/ / /

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave, Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797

This is the first extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

DATED this 18th day of July, 2019          DATED this 18th  day of July, 2019.

/s/ Jerome R. Bowen, Esq.                           /s/ Jason A. Walters, Esq.
JEROME R. BOWEN, ESQ.                         MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 4540                                    Nevada Bar No. 7287
BOWEN LAW OFFICES                               Kolesar and Leatham
9960 W. Cheyenne Avenue, Suite 250          400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89129                            Las Vegas, Nevada 89145
Attorney for Plaintiff

David Hill Bashford (Bar #11774)
Jason A. Walters (pro hac vice)
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 19, 2019.