JEROME R. BOWEN, ESQ.
Nevada Bar No.4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702)240-5191◆Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE ROGER V. BENNETT 2015 REVOCABLE TRUST, by and through Trustee KEVIN HORAN, <br><br> Plaintiff, <br> vs. <br><br> THE LAFAYETTE LIFE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS, I through X, inclusive, <br><br> Defendants. | Case No.:2:18-cv-01472-JAD-PAL <br><br> **ORDER GRANTING STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO FILE IT'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF 30)** <br><br> **(Second Request)** <br><br> [ECF No. 34] |

      Plaintiff and Defendant have stipulated to agreed to an additional seven (7) day extension of time from August 2, 2019 to August 9, 2019 for Plaintiff to file it's Opposition to Defendant's Motion for Summary Judgment (ECF 30) filed on June 28, 2019. The reasons supporting this stipulation are as follows: Plaintiff's counsel has recently lost its associate with little to no notice while traveling out of state conducting depositions. In addition, Plaintiff's counsel had to leave town to handle personal family matters and has requested additional time.

/ / /

/ / /

This is the second extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

DATED this 2nd day of August, 2019

*/s/ Jerome R. Bowen, Esq.*
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
BOWEN LAW OFFICES
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Attorney for Plaintiff

DATED this 2nd day of August, 2019.

*/s/ Jason A. Walters, Esq.*
MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 7287
Kolesar and Leatham
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

David Hill Bashford (Bar #11774)
Jason A. Walters (pro hac vice)
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated this 2nd day of August , 2019.

_____
U.S. District Judge Jennifer A. Dorsey